IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DECATUR LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1083 (MN) |
| | ) |
| PRONTO NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>SHOW CAUSE ORDER</u>**

At Wilmington, this 6th day of December 2021:

WHEREAS, on July 28, 2021, Plaintiff commenced this action by filing a Complaint for Infringement of Patent (D.I. 1);

WHEREAS, on August 10, 2021, Plaintiff filed a Summons Returned Executed showing that Defendant was served with the Summons and Complaint on August 4, 2021 (D.I. 7);

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's responsive pleading to the Complaint was due within twenty-one (21) days after being served with the Summons and Complaint, in this case, on or before August 25, 2021;

WHEREAS, a review of the Court docket indicates that Defendant has not filed a response to the Complaint nor have any extension requests been filed; and;

WHEREAS, more than three months have passed since Plaintiff has taken any action in this case, with the last action being taken by Plaintiff the filing of the Summons Returned Executed on August 10, 2021 (D.I. 7).[1]

---

[1] In addition, more than three months have passed since Defendant's responsive pleading was due (August 25, 2021 + 90 days = November 23, 2021).

THEREFORE, IT IS HEREBY ORDERED that on or before December 13, 2021, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41.1 of Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

_____
The Honorable Maryellen Noreika
United States District Judge