**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DECATUR LICENSING LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**PRONTO NETWORKS, INC.,**<br><br>　　　　Defendant. | Civil Action No.: 1:21-cv-01083-MN<br><br>**TRIAL BY JURY DEMANDED** |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Now comes Plaintiff, Decatur Licensing LLC, by and through undersigned counsel, and in response to the Court's Order (D.I. 8), states that a Notice of Voluntary Dismissal without Prejudice is being filed concurrently with this response.

Dated: December 16, 2021

Of Counsel:

Andrew S. Curfman (*Pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF